IN THE UNITED STATES DISTRICT COURT
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | IN THE MIDDLE DISTRICT |
| | : | OF PENNSYLVANIA |
| | : | SCRANTON OFFICE |
| v. | : | |
| | : | |
| Victor J. Santarelli, III; | : | at Docket Number: |
| Movant | : | 3:11-CR-0036 (Kosik, J.) |

*********************************************************************

**MOTION TO JOIN CO-DEFENDANT'S MOTION UNDER 28 U.S. ss.
2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON
IN FEDERAL CUSTODY**

NOW COMES Victor J. Santarelli, III, MOVANT, who respectfully requests this Honorable Court to accept this MOTION to JOIN CO-DEFENDANT'S MOTION UNDER 28 U.S. ss. 2255 TO VACATE, SET ASIDE, OR CORRECT SENTNECE BY A PERSON IN FEDERAL CUSTODY (Hereinafter "MOTION"). MOVANT files this motion to join in the co-defendant's motion however, Movant requests a period of not more than forty-five (45) days time in order to amend MOTION if necessary, in order to add to or eliminate accordingly.

Movant is an inmate at FPC Schuylkill and the prison mail rule applies . The Movant certifies that the Motion was placed in the prison mail system on the 17th day of February 2016. Once filed an amendment and/or other document stating no amendment will be filed by the Movant no later than the forty-five (45) day requested time frame.

Respectfully Submitted,

Victor J. Santarelli, III

Dated: 2-17-16

To Clerk of Courts.                                    Feb-17 16

Can you please file this motion. Also can you please return a copy of the filed and stamped motion (in the SASE provided.) So that I may retain a copy of the said motion for my records.   *OK Done — EF*

Thank You in Advance
Vick J Sintaulu

Santoulu #69812-067
Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954

Mailed from
Federal Prison Camp
Schuylkill, PA

⇒69812-067⇔
William J Nealon
Attn: Clerk of Courts
PO BOX 1148
US Court House
Scranton, PA 18501
United States

RECEIVED
SCRANTON
FEB 22 2016
PER_____ DEPUTY CLERK